UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sayana et al.,

   Plaintiff(s),

 vs.

Barr et al.,

   Defendant(s).

Case # 3:19-cv-00370

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

   Saad Ahmad   , Petitioner, respectfully represents to the Court:
   (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

   SAAD AHMAD AND ASSOCIATES
   (firm name)

with offices at   39111 Paseo Padre Parkway, Suite 217  ,
   (street address)

 Fremont ,  California ,  94538 ,
 (city)   (state)   (zip code)

 510-713-9847 ,  saadahmad27@hotmail.com ,
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

  Leonarda Caong Sayana   to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 04/18/2001 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Massachusetts (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Massachusetts | 04/18/2001 | 646745 |
| U.S. Court of Appeals for the Ninth Circuit | 03/24/2004 | |
| U.S. Court of Appeals for the Seventh Circuit | 04/05/2017 | |
| U.S. Court of Appeals for the Eleventh Circuit | 08/17/2009 | |
| U.S. Court of Appeals for the Eight Circuit | 05/24/2011 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ____Alameda____ )

____Saad Ahmad____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__27__ day of __June__, __2019__.

_____
Notary Public or Clerk of Court

[Notary Seal: SHIHAN LI, COMM. # 2249153, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, MY COMM. EXP. AUG. 3, 2022]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jon Eric Garde____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____4455 Pecos Road, Suite B____
(street address)

____Las Vegas____, ____Nevada____, ____89121____
(city)                (state)            (zip code)

____702-898-9540____, ____4justice@jeglaw.com____
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Jon Eric Garde__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Leonarda Caong Sayana, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

005961                4Justice@jeglaw.com
Bar number            Email address

APPROVED:

Dated: this 3rd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Saad Ahmad was duly admitted to practice in this Court on March 24, 2004 and is in good standing in this Court.

Dated at San Francisco, California on June 24, 2019.

*MDwyer*

---
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Saad Ahmad was duly admitted to practice in this Court on March 24, 2004 and is in good standing in this Court.

Dated at San Francisco, California on June 24, 2019.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit